

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00144-CV

Sandra Y. **ESPINOZA**,
Appellant

v.

Ruth V. **THRASHER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 391870
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are assessed against Appellant Sandra Y. Espinoza.

SIGNED December 31, 2014.

_____
Karen Angelini, Justice